| | |
|---|---|
| 1 | CATHERINE M. CORFEE, SBN 155064 |
| | CORFEE STONE & ASSOCIATES |
| 2 | 5441 FAIR OAKS. BLVD, SUITE B-1 |
| | CARMICHAEL, CA 95608 |
| 3 | TELEPHONE:   (916) 487-5441 |
| | FACSIMILE:    (916) 487-5440 |
| 4 | |
| | Attorneys for Defendant SIMON PROPERTY GROUP, LP, |
| 5 | erroneously sued as SIMON DEBARTOLO GROUP |
| 6 | HENRY A. WIRTA, JR. |
| | HARRINGTON FOXX DUBROW & CANTER, LLP |
| 7 | 650 CALIFORNIA STREET, 19TH FLOOR |
| | SAN FRANCISCO, CA 94108 |
| 8 | TELEPHONE: (415) 288-6600 |
| | FACSIMILE: (415) 288-6618 |
| 9 | |
| | Attorneys for Defendant SEARS, ROEBUCK and CO. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAREN HEATERLY, IRMA RAMIREZ | CASE NO. C 04 2336 WHA |
| Plaintiffs, | STIPULATION FOR DISMISSAL OF CROSS CLAIMS BETWEEN DEFENDANTS SEARS, ROEBUCK & CO. AND SIMON PROPERTY GROUP. |
| vs. | |
| SEARS; ROEBUCK & CO.; SIMON DEBARTOLO GROUP; DOES 1 through 10, | |
| Defendants | |
| AND RELATED CROSS-CLAIMS | |

The parties herein do hereby stipulate to dismiss their respective cross-claims against one another without prejudice.

On June 15, 2004, a complaint was filed in the case of Darren Heaterly and Irma Ramirez v. Sears, Roebuck & CO. ("SEARS") and Simon Debartolo Group, ("SIMON") et al. Case Number: C 04-2336 WHA. On July 15, 2004 SEARS filed their answer to this complaint along with a cross-complaint against SIMON. On October 12, 2004, SIMON filed their response to

- 1 -

1  said cross-complaint and filed a cross-complaint of its own against SEARS.

2      The parties attended an Early Neutral Evaluation session on December 14, 2004, wherein
3  the Plaintiffs settled the matter in all respects.  Pursuant to such ADR efforts and settlements
4  reached, Plaintiffs dismissed SIMON with prejudice on February 25, 2005, and dismissed
5  Defendant SEARS with prejudice on March 11, 2005.  As such, Plaintiffs are no longer a part of
6  this action.

7      With respect to the cross-complaints between SIMON and SEARS, these Defendants
8  were to come to an understanding as to who is responsible for making access improvements.
9  Due to limitations set by the City of Santa Rosa, SEARS alleges they did not have control to
10 make said access changes until their permit was recently granted. The parties wish to settle their
11 differences. A Pretrial Conferences is set for August 15, 2005.  The trial is set for September 6,
12 2005.  The parties have agreed to dismiss these actions without prejudice.

13 Dated: August 8, 2005        CORFEE STONE & ASSOCIATES

15           /s/   *Catherine M. Corfee*
   CATHERINE M. CORFEE
16 Attorneys for Defendant SIMON PROPERTY GROUP,
   LP, erroneously sued as SIMON DEBARTOLO GROUP

17 Dated: August 8, 2005        HARRINGTON, FOXX, DUBROW & CANTER

20           /s/ *HENRY A. WIRTA, JR.*
   HENRY A. WIRTA, JR.
   Attorney for Defendant SEARS, ROEBUCK & CO.

22 **ORDER**

23 IT IS HEREBY ORDERED that the cross claims of Defendant SEARS, ROEBUCK &
24 CO. and Defendant SIMON DEBARTOLO GROUP are hereby dismissed.
25 The Clerk shall close the file.

Dated: August 9, 2005        _____
26                             United States District Court Judge

- 2 -